1064

[No. 22852–8–I. Division One. February 5, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN R. SILBA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87–1–04434–0, Faith Enyeart, J., entered August 25, 1988. *Remanded* by unpublished per curiam opinion.

[No. 23520–6–I. Division One. February 5, 1990.]

GARY R. NELSON, ET AL, *Plaintiffs*, v. MILDRED JACKSON, *Respondent*, GERT GAULTIER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88–2–01979–5, John F. Wilson, J., entered December 12, 1988. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman, C.J., and Webster, J.

[No. 22452–2–I. Division One. February 5, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JOHN FADDEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87–1–02496–9, Faith Enyeart, J., entered June 15, 1988. *Affirmed* by unpublished opinion per Grosse, A.C.J., concurred in by Webster and Forrest, JJ.